UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARL ULFSSON BONDE,

               Plaintiff,

- against -

WEXLER & KAUFMAN, PLLC, ET AL.,

               Defendants.

23-cv-2877 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by June 20, 2023.

SO ORDERED.

Dated:    New York, New York
            June 6, 2023

                                      John G. Koeltl
                                United States District Judge