UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CARL ULFSON BONDE,

                Plaintiff(s)

          -against-

WEXLER & KAUFMAN, PLLC,

                Defendant(s).
-----------------------------------------------------------X

23 civ 2877 (JGK)

## ORDER

The matter being referred to Magistrate Judge Barbara C. Moses for settlement,

The conference scheduled for August 8, 2023, at 2:30pm, is canceled.

**SO ORDERED.**

_____
JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       July 20, 2023