

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/9/2023__

November 8, 2023

**Joseph Francoeur**
212.915.5638 (direct)
646.823.7791 (mobile)
Joseph.Francoeur@wilsonelser.com

**VIA ECF ONLY**
Honorable Judge Barbara Moses
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

> As no judicial action is required, the Clerk of Court is respectfully directed to close the motion at Dkt. 36.
>
> _____
> Barbara Moses
> United States Magistrate Judge
> November 9, 2023

Re: Bonde v. Wexler et al.
Case No.: 1:23-CV-02877

Dear Judge Moses,

    As you know, we represent Defendants in the above-referenced action. Pursuant to your Honor's Order dated October 30, 2023, we submit this joint letter with Plaintiff's counsel. The parties have met and conferred regarding the forensic examination of Plaintiff and Ms. Bonde's email accounts. After confirming with Pondurance we have conferred with Plaintiff's counsel that the forensic examinations will consist of a remote access of each e-mail account by Pondurance wherein Plaintiff and Ms. Bonde will provide the username and password to access said accounts. Pondurance will then conduct an examination of the relevant artifact data associated with each account. An examination of individual e-mails will not be conducted. Each party as well as Mr. Schwartz can be present for the examination and Pondurance has confirmed that they are willing a confidentiality agreement if needed. The examination is estimated to take approximately an hour.

    Plaintiff has provided consent to the aforementioned forensic examination of plaintiff and his wife Zena Bentzen. At this time, we do not anticipate the need for judicial intervention.

Respectfully Submitted,

Wilson Elser Moskowitz Edelman & Dicker LLP

/S
Joseph Francoeur

125 Broad Street, 4th Floor | New York, NY 10004 | p 212.490.3000 | f 212.490.3038 | wilsonelser.com

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Beaumont, TX | Birmingham, AL | Boston, MA | Charlotte, NC | Chicago, IL | Dallas, TX | Denver, CO
Detroit, MI | Edwardsville, IL | Madison, NJ | Garden City, NY | Hartford, CT | Houston, TX | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA
Louisville, KY | McLean, VA | Merrillville, IN | Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orlando, FL | Philadelphia, PA | Phoenix, AZ
Raleigh, NC | San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Washington, DC | West Palm Beach, FL | White Plains, NY

289190424v.1